IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:22-cr-00334-BRW-1

DONALD RYAN MULLENIX

## ORDER

Defendant Donald Ryan Mullenix was committed to the custody of the Attorney General or his authorized representative for a psychological evaluation on November 17, 2022. (Doc. No. 7.)  The Court received the written forensic evaluation and provided the parties with a copy on February 03, 2023.  Following eleven (11) days from the date the report is received by the parties, any party who requests a hearing regarding any issues in the report or opposes the report must file a motion for a hearing or a motion in opposition, including a concise statement of opposition to the report and supporting authorities.  If no motions are filed within eleven (11) days, the Court will enter an Order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end.  See 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED this 3rd day of February 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE