# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **4:22-CR-00334-BRW**

**DONALD RYAN MULLENIX**

## ORDER

Because Mr. Bill James and his law firm are on my recusal list, I RECUSE.

Accordingly, the Clerk of the Court is directed to randomly reassign this case to another district judge.

IT IS SO ORDERED this 13th day of February, 2023.

                                                            Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE